UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                         No.   3:99-MC-0038
                                           Judge Jordan

RICK A. POPP,

      Defendant.
_____

UNITED EMERGENCY SERVICES, INC.

      Garnishee

---

## AMENDED ORDER OF CONTINUING GARNISHMENT

---

      A Writ of Garnishment directed to Garnishee, United Emergency Services, Inc., has been duly issued and served upon the Garnishee, which Writ reflects an unpaid judgment balance of $33,009.67. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 30, 2005, stating that, at the time of the service of the Writ, it had in its custody, control or possession, property in which the defendant has a substantial non-exempt interest: the sum of $21,272.04 for the defendant's monthly disposable earnings.

      On September 13, 2005, the defendant was notified of the right to a hearing and has not requested a hearing.

      IT IS ORDERED that Garnishee, United Emergency Services, Inc., or its successors and assigns, pay monthly to the plaintiff from the defendant's earnings the amount of $5,318.01, or the sum of 25% of defendant's non-exempt net disposable earnings, payable to the United States Department of Justice, and mailed to the Financial

Litigation, United States Attorney's Office, 800 Market St., Suite 211, Knoxville, Tennessee 37902, and continue said payments until the debt is paid in full or until the Garnishee no longer has custody, possession or control or any other funds belonging to the defendant or until further Order of this Court.

DATED: January 5, 2006

ENTER:

*s/ Leon Jordan*
United States District Judge